1132

or agreement was oral or in writing, and when and by whom made—and, as thus modified, affirmed, without costs to either party.

In re CITY OF NEW YORK. In re LONERGAN. (Supreme Court, Appellate Division, Second Department. January 15, 1904.) In the matter of the application of the city of New York relative to acquiring title to Montgomery street, between the division line of the former town of Flatbush and East New York avenue, in the Twenty-Fourth and Twenty-Ninth Wards of the borough of Brooklyn, in the city of New York. Petition of Edward Lonergan.

PER CURIAM. The court desires a reargument upon the effect of section 1002 of the Greater New York Charter (Laws 1901, p. 428, c. 466). Case set down for Monday, January 25, 1904.

CITY OF NEW YORK, Respondent, v. DE PEYSTER et al., Appellants. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by the city of New York against John W. De Peyster and others. W. A. Hoar, for appellants. T. Connoly, for respondent. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendants to withdraw demurrer, and to answer, upon payment of costs in this court and in the court below.

CITY OF NEW YORK, Appellant, v. INTERURBAN ST. RY. CO., Respondent. (Supreme Court, Appellate Term. February 4, 1904.) Action by the city of New York against the Interurban Street Railway Company. From a judgment dismissing the complaint, plaintiff appeals. Reversed. George L. Rives (Arthur F. Cosby and George O'Reilly, of counsel), for appellant. H. A. Robinson (Arthur K. Wing, of counsel), for respondent.

GILDERSLEEVE, J. This case is almost identical with No. 1,023, in which an opinion has been filed. 86 N. Y. Supp. 673. The only differing feature is that on the trial a dispute arose concerning the number of the car in which Mr. Olvany sought to go from Fifty-Ninth street and Sixth Avenue to Tenth street and Hudson street. But the precise number of the car was immaterial. There was no question made but that the car Mr. Olvany took was run by the defendant. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event. All concur.

CITY OF NEW YORK, Respondent, v. MATTHEWS, Appellant. (Supreme Court, Appellate Division. First Department. February 11, 1904.) Action by the city of New York against James Matthews. From a judgment for plaintiff, defendant appeals. Affirmed. Joseph A. Burr, for appellant. Martin Saxe, for respondent.

PER CURIAM. For the reasons stated in the opinion herewith handed down in City of New York v. Streeter, 86 N. Y. Supp. 665, the judgment should be affirmed, with costs.

CITY OF NEW YORK, Respondent, v. SHACK, Appellant. (Supreme Court, Appellate Division, First Department. February 11, 1904.) Action by the city of New York against Ferdinand Shack. H. Nathan, for appellant. M. Saxe, for respondent. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer, and to answer, on payment of costs in this court and in the court below.

CLARKE, Appellant, v. STATE INS. CO. OF DELAWARE, Respondent. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Action by Charles M. Clarke against the State Insurance Company of Delaware. I. L. Miller, for appellant. E. Van Schaick, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

COHEN, Appellant, v. SCHNEIDER et al., Respondents. (Supreme Court, Appellate Term. January 25, 1904.) Action by Abraham Cohen against Simon Schneider and others. From a judgment for defendants, plaintiff appeals. Affirmed. Henry Sallant, for appellant. Wilder & Anderson, for respondents.

MacLEAN, J. One Solomon Sashinsky undertook to do for the defendants certain work, specified in detail, and with a provision: "No extra work allowed, unless ordered in writing by the owners." Claiming to have done, at the request of the defendant, certain extra work, he assigned his claim to the palintiff, who brought this action, in which the defendants contended that the work called extra was within the work specifically undertaken by Sashinsky, and that they had not given the orders or made the requests alleged. Both defenses were made good by the evidence, as was found by the learned justice, whose judgment in favor of the defendants should not be disturbed. Judgment affirmed, with costs to the defendants. All concur.

COLE, Respondent, v. PREFERRED ACCIDENT INS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Charles H. Cole against the Preferred Accident Insurance Company of New York. No opinion. Judgment and order affirmed, with costs. See 81 N. Y. Supp. 901.

COLLIER, Respondent, v. COLLIER, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Annie Collier against Robert Collier. No opinion. Order affirmed on the argument, with $10 costs and disbursements.

COLLISTER, Appellant, v. HAYMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by William H. Collister against Albert Hayman and others. M. D. Steuer, for appellant. A. H. Hummel, for respondents. No opinion. Judgment affirmed, with costs.

COMMERCIAL WOOD & CEMENT CO., Appellant, v. NORTHAMPTON 'PORTLAND CEMENT CO., Respondent. (Supreme Court, Appellate Division, First Department. Feb-

ruary 19, 1904.) Action by the Commercial Wood & Cement Company against the Northampton Portland Cement Company. A. C. Pette, for appellant. E. C. Moen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CONNOR v. KOCH et al. (Supreme Court, Appellate Division, First Department. January 22, 1904.) Action by Elizabeth C. Connor, as administratrix, etc., against Henry C. F. Koch and others. No opinion. Motion denied, with $10 costs.

COOPER et al., Respondents, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Edward Cooper and others against the Manhattan Railway Company. J. T. Davies, for appellant. W. G. Peckham, for respondents. No opinion. Judgment affirmed, with costs.

COOTE, Appellant, v. WILLIAMSBURGH SAV. BANK et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 11, 1904.) Action by James Coote, as administrator, etc., against the Williamsburgh Savings Bank and William A. Brown, as administrator, etc. No opinion. Judgment affirmed, with costs.

COULSON, Appellant, v. FLYNN, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 26, 1904.) Action by Katharine Coulson against Bernard G. Flynn.

PER CURIAM. Judgment affirmed, with costs, upon opinion of KENEFICK, J., delivered at Special Term. 83 N. Y. Supp. 944.

In re COUNTY TRUST CO. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) In the matter of the application of the County Trust Company for an order designating it as a deposit bank for funds and moneys paid into court. No opinion. Order granted, referring the application to John M. Digney, Esq., to examine and report.

CRAIG v. JAMES et al. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Action by Robert A. Craig against Thomas L. James and another. No opinion. Motion granted, except as to merits.

CROUSE v. JUDSON et al. (Supreme Court, Appellate Division, Fourth Department. March 8, 1904.) Action by Charles E. Crouse, as administrator, etc., against Edward B. Judson, Jr., and others.

PER CURIAM. Judgment modified, by striking out all allowances of costs, except to the defendant Florence Crouse Clark, and as to her directing that she recover her taxable costs against the plaintiff herein, and further directing that the defendant Florence Crouse Clark recover of the defendant Edward B. Judson, Jr., the sum of $19,317.05, being the proceeds of the sale of stock, with interest at 3½ per cent. per annum, from August 19, 1898, compounded annually on even hundreds of interest, and, as so modified, affirmed, with costs of this appeal to the defendant Florence Crouse Clark against the plaintiff. See 84 N. Y. Supp. 755.

CULLINAN v. HIGGINS et al. (Supreme Court, Appellate Division, First Department. January 22, 1904.) Action by Patrick W. Cullinan against Mary E. Higgins and others. No opinion. Motion denied.

CULLINAN, Respondent, v. HIGGINS, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Patrick W. Cullinan against Mary E. Higgins, impleaded. E. Miehling, for appellant. H. H. Kellogg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CUMMINGS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1904.) Action by Thomas Cummings against the Metropolitan Street Railway Company. B. H. Ames, for appellant. J. H. Cohn, for respondent. No opinion. Judgment and order affirmed, with costs.

CUZZONI, Appellant, v. PENNEY et al., Respondents. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Lottie Cuzzoni, an infant, etc., against William N. Penney and others. M. J. Cohen, for appellant. J. E. Hedges, for respondents. No opinion. Judgment affirmed, with costs.

In re DALY, Commissioner of Public Works. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) In the matter of the application and petition of Michael T. Daly, as commissioner of public works of the city of New York, under chapter 189, p. 317, of the Laws of 1893, to acquire certain real estate, etc. No opinion. Motion denied.

DAMBMANN, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Emma A. Dambmann against the Interurban Street Railway Company. C. F. Brown, for appellant. T. Sutro, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

LAUGHLIN, J., dissents.

DECKER, Respondent, v. KELLS, Appellant. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Action by Mary L. Decker against Hiram Kells. No opinion. Judgment unanimously affirmed, with costs.

DE COPPET et al., Respondents, v. NEW YORK CENT. & H. R. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 7, 1904.) Action by Edward J. DeCoppet and Robert P. Doremus, as executors of the last will and testament